

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

February 24, 2023

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Gonzalez*, 23 Mag. 213

Dear Judge Krause:

      The Government writes to respectfully request that the Court unseal the Complaint, 23 Mag. 213, and related arrest warrant for defendant Wilmer Gonzalez in the captioned case, as the Defendant has been arrested.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

by: _____
                  Benjamin Klein
                  Assistant United States Attorney
                  (914) 993-1908

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge